UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
..................................................................X
UNITED STATES OF AMERICA,

                                                     INDICTMENT

                                                     CR. NO. 10-046 (SJ)

               -against-                          STIPULATION AND ORDER
                                                     FOR BAIL MODIFICATION

**STEFANO SCALISI**
                                **DEFENDANT.**
..................................................................X

**DEFENDANT STEFANO SCALISI,** by and through his attorney of record, Salvatore Strazzullo, and the UNITED STATES OF AMERICA, by and through Assistant United States Celia Cohen,

     **Herby stipulate** to the Defendants bail modification that will entail home curfew with location montoring as directed by Pretrial Services, for the time period starting when such order signed and so ordered.

     The Government has agreed to the defendant's modification in court on September 16, 2010.

Dated: September 16, 2010.

                                                       SO STIPULATION AND AGREED:

                                                       Celia Cohen, AUSA