UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

USA

                       Plaintiffs        ORDER OF SUSTENANCE

     -against-

                                     10-CR-0046 -SJ

**STEFANO SCALISI,**

                    Defendant.

- - - - - - - - - - - - - - - - - -X

JOHNSON, D.J.

It is ORDERED that the Marshal supply proper sustenance to the twelve (12) jurors empaneled in the above entitled case.

Dated:    Brooklyn, New York
            1/31/2011

                                                       /s/
                                      STERLING JOHNSON, JR., U.S.D.J.

Lassen 'n Hennings

A TRUE COPY ATTEST
DATE: 1/31/2011
ROBERT C HEINEMANN
CLERK OF COURT
By: [signature]
Ana Rodriguez
Deputy Clerk