

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EJK:TJS                                      *271 Cadman Plaza East*
F.#2010R00013                                *Brooklyn, New York  11201*

April 29, 2011

**By FedEx and ECF**
Salvatore E. Strazzullo, Esq.
Strazzullo Law Firm, P.C.
100 Park Avenue, Ste. 1600
New York, NY 10017

      Re:  United States v. Stefano Scalisi
           Criminal Docket No. 10-046 (SJ)

Dear Mr. Strazzullo:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter discovery in the above-referenced matter.  This discovery supplements the discovery provided on March 24, 2010 (Bates-numbered 1-54), June 3, 2010 (Bates-numbered 55-56), December 15, 2010 (Bates-numbered 57), January 6, 2011 (Bates-numbered 58-59), January 20, 2011 (Bates-numbered 60 to 134) and January 21, 2011 (Bates-numbered 135 to 161).

     Enclosed is a CD-ROM containing redacted copies of documents relating to DNA testing conducted by the Officer of the Chief Medical Examiner of New York City (Bates-numbered 162 to 494) and a Bates-stamped redacted copy of the laboratory report provided to you by e-mail on April 8, 2011 (Bates-numbered 495 to 498).

2

      If you have any questions or further requests, please do not hesitate to contact me.  The government renews its request for reciprocal discovery.

                                      Very truly yours,

                                      LORETTA E. LYNCH
                                      United States Attorney

                          By:   /s/
                                      Tyler J. Smith
                                      Assistant United States Attorney
                                      (718) 254-6168

Enclosures

CC:  Clerk of Court (SJ)(ECF)(w/o enclosures)