

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EJK:TJS
F.#2010R00013

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 24, 2011

**By FedEx and ECF**
Salvatore E. Strazzullo, Esq.
Strazzullo Law Firm, P.C.
7101 18th Avenue
Brooklyn, NY 11204

      Re:  United States v. Stefano Scalisi
           Criminal Docket No. 10-046 (SJ)

Dear Mr. Strazzullo:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter discovery in the above-referenced matter. This discovery supplements the discovery provided on March 24, 2010 (Bates-numbered 1-54), June 3, 2010 (Bates-numbered 55-56), December 15, 2010 (Bates-numbered 57), January 6, 2011 (Bates-numbered 58-59), January 20, 2011 (Bates-numbered 60 to 134), January 21, 2011 (Bates-numbered 135 to 161), April 29, 2011 (Bates-numbered 162 to 498) and June 16, 2011 (Bates-numbered 499 to 1068).

      Enclosed is a CD-ROM (Bates-numbered 1069) containing the following 28 files of raw electropherogram data relating to DNA testing conducted by the Bureau of Alcohol, Tobacco, Firearms, and Explosives:

```
021811twbColts_Evidence.ser
030411twbCowboys_Known.ser
55.Q1_08N0689_B02.fsa
56.Q1A_08N0689_B02.fsa
56.Q1B_08N0689_C02.fsa
56.Q2A_08N0689_D02.fsa
56.Q2B_08N0689_F02.fsa
56.Q3A_08N0689_G02.fsa
56.Q3B_08N0689_H02.fsa
57.Q1_08N0689_A03.fsa
ABK030311_G02.fsa
ABQ021711_D03.fsa
Blank_A01.fsa
Blank_B01.fsa
```

```
Blank_C01.fsa
Blank_D01.fsa
Form_Blank_H01.fsa
Form_Blank_H02.fsa
Ladder_E01.fsa
Ladder_E02.fsa
Neg021711_G01.fsa
PCK030311_D02.fsa
PCK030311_F02.fsa
PCQ021711_C03.fsa
Pos021711_F01.fsa
RBK021711_D01.fsa
RBK030211_C02.fsa
RBQ021611_B03.fsa
```

If you have any questions or further requests, please do not hesitate to contact me.  The government renews its request for reciprocal discovery.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:   /s/
Tyler J. Smith
Assistant United States Attorney
(718) 254-6168

Enclosures

CC:  Clerk of Court (SJ)(ECF)(w/o enclosures)